*Receipt # 828*
*$2,300.87*
*6/1/11*

## GORDON & SCHAAL, LLP
## ATTORNEYS AT LAW

1039 MONROE AVENUE
ROCHESTER, NEW YORK 14620

Telephone: (585)244-1070
Facsimile: (585)244-1085

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1400 United States Courthouse
100 State Street
Rochester, New York 14614

Re: Duane Vandenburgh/Case # 07-22639
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 2,300.87. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claiman ANC Enterprises | Amount $ 2,044.61 | Claims Register # 4 |
| Claimant ANC Enterprises | Amount $ 256.26 | Claims Register # 41 |

Kenneth W. Gordon
Chapter 7 Trustee


FILED JUN - 1 2011
BANKRUPTCY COURT
ROCHESTER, NY